IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE BANNER CAPITAL BANK DATA PRIVACY LITIGATION

**7:26CV5007**
**7:26CV5008**
**8:26CV118**

**ORDER**

This matter comes before the court on the parties' Joint Motion to Stay. (Filing No. 14). That motion is granted. Upon notice of settlement given to the court,

**IT IS ORDERED:**

1. On or before September 23, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;
2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and
3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 7th day of August, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge