IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LESLIE GROSS, individually, and on behalf of all others similarly situated; JASON BROWN, Individually, and on Behalf of All Others Similarly Situated; and ERICA RANKIN, individually, and on behalf of her minor child, J.R., and on behalf of all others similarly situated;

Plaintiffs,

vs.

BANNER CAPITAL BANK,

Defendant.

**7:26CV5007**

**ORDER OF DISMISSAL**

This matter comes before the Court on the plaintiffs' Notices of Dismissals (Filing Nos. 17, 18, and 19). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice.

Dated this 14th day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge